IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
OCT 0 1 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| LENNY J. RUSTAD, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A. <br><br> Defendants. | CV 16–72–M–DLC <br><br> ORDER |

Before the Court is the Parties' Joint Motion to Stay. (Doc. 34.) The Parties represent that a stay is appropriate because there is a parallel action with an additional party in the Montana Third Judicial District Court, Anaconda-Deer Lodge County, Cause No. DV-17-56, which for the reasons of judicial efficiency and minimizing the expense to the parties, needs to be resolved first.

IT IS ORDERED that the Parties' Joint Motion to Stay (Doc. 34) is GRANTED. This case is hereby STAYED pending resolution of the related proceeding.

IT IS FURTHER ORDERED that all deadlines are VACATED.

1

DATED this 15th day of October, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court