IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| LENNY J. RUSTAD, | CV 16–72–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A. | |
| Defendants. | |

Before the Court is Plaintiff Lenny Rustad's Unopposed Motion to Dismiss without Prejudice. (Doc. 39.)

IT IS ORDERED that the motion (Doc. 39) is GRANTED. The Complaint is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs and fees.

DATED this 21st day of May, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1